MORRIS YANOFSKY, as Treasurer of the Jewish Branch of the Bakery and Confectionery Workers' International Union of America, Local 507, JOHN JATCKO and JOHN SZABO, Respondents, v. JOSEPH GERSH and G. & H. BAKERY, INC., Appellants.— In an action brought in the name of the treasurer of an unincorporated association to recover upon a contract made by the association, order in so far as it denies defendants' motion to dismiss the first cause of action set forth in the complaint affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

SAM ZEENA, as Administrator, etc., of FRED ZEENA, Deceased, Respondent, v. ERIE BASIN TRANSFER, INC., Appellant. (Appeal No. 1.) — Action for damages for the death of plaintiff's intestate as a consequence of the intestate's being run down by an automobile owned and operated by the defendant. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.

SAM ZEENA, as Administrator, etc., of FRED ZEENA, Deceased, Respondent, v. ERIE BASIN TRANSFER, INC., Appellant. (Appeal No. 2.) — Order denying defendant's motion for a new trial on the ground of newly-discovered evidence, in an action for death by wrongful act, where the plaintiff had judgment, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.

## (February 21, 1938.)

In the Matter of the Judicial Settlement of the Account of Proceedings of THE FIFTH AVENUE BANK OF NEW YORK, as Executor of NELLIE V. THOMPSON, Deceased. JOHN THOMPSON and Others, Appellants; THE FIFTH AVENUE BANK OF NEW YORK, as Executor, etc., Respondent.— Motion to dismiss appeal denied on condition that appellants' brief be served and filed not later than February 25, 1938; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MANUFACTURERS TRUST COMPANY, as Trustee, Respondent, v. ROSALIE JONES DILL, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Monday, March seventh (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISRAEL LEVINSON and Others, Appellants, and Another, Defendant.— Motion to enlarge time granted; appellants to perfect the appeal for the March term, for which term the appeal is ordered on the calendar. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

## (February 28, 1938.)

ANNIE S. ARNOLD and Others, Respondents, v. HERBERT J. YATES and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.